UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:                                                :
                                                      :
GERARD R. VETTER and                                  :    Case No. 15-2-1932-TJC
KATHLEEN C. VETTER,                                   :    Chapter 13
                          Debtors.                    :
                                                      :

**TRUSTEE'S OBJECTION TO DEBTORS'
CHAPTER 13 PLAN DATED AUGUST 20, 2015**

Timothy P. Branigan, Chapter 13 trustee in the above-captioned case ("Trustee"), pursuant to section 1325 of the Bankruptcy Code and Bankruptcy Rule 3015(f) objects to confirmation of the Debtors' Chapter 13 plan dated August 20, 2015 (the "Plan"). In support of his opposition, the Trustee respectfully represents the following:

1. The Debtors commenced this case under Chapter 13 on August 27, 2015. The Plan proposes to pay $2,670.00 monthly for 60 months for a gross funding of $160,200.00.

2. The Debtors have failed to provide documentation supporting income listed on Schedule I of $8,080.00 per month for Mr. Vetter's take-home pay and $1,410.00 per month for Mrs. Vetter's take-home pay as requested by the Trustee at the meeting of creditors. Accordingly, the Trustee cannot determine whether the Plan is feasible. The Plan does not satisfy the requirements of section 1325(a)(6) of the Bankruptcy Code. At this time, the Debtors have failed to fully cooperate with the Trustee as required under section 521(a)(3) of the Bankruptcy Code.

3. The Debtors must object to those student loan proof of claims that they propose to pay outside the plan seeking disallowance for the purpose of treatment under the Plan only.

4. Accordingly, the Plan should not be confirmed.

**PLEASE TAKE NOTICE** THAT *THIS OBJECTION MUST BE RESOLVED AT LEAST 2 BUSINESS DAYS PRIOR TO THE CONFIRMATION HEARING*. AFTER THAT TIME, THE TRUSTEE MAY DECLINE TO ACCEPT MATERIALS THAT HE HAS REQUESTED FROM THE DEBTORS. THE TRUSTEE MAY DECLINE TO DISCUSS THE CASE AT THE CONFIRMATION HEARING. THE DEBTORS SHOULD EXPECT THAT ANY UNRESOLVED OBJECTION WILL BE HEARD BY THE COURT.

Respectfully submitted,

October 19, 2015

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)
Chapter 13 Trustee
14502 Greenview Drive, #506
Laurel, Maryland 20708
(301) 483-9118

### Certificate of Service of Objection to Chapter 13 Plan

I hereby certify that, to the extent that the following persons were not served electronically via the CM/ECF system, I caused a copy of the pleading referenced above to be sent on October 19, 2015 by first-class U.S. mail, postage prepaid to:

Gerard R. and Kathleen C. Vetter
3604 Crossland Avenue
Baltimore, MD 21213

Robert Grossbart, Esq.
One N. Charles Street, Suite 1214
Baltimore, MD  21201

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)