IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt)

| | | |
|---|---|---|
| IN RE: | * | |
| GERARD RICHARD VETTER | * | Case No: 15-21932-TJC |
| KATHLEEN CURRAN VETTER | | |
| Debtors | | Chapter 13 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

MOTION TO SELL REAL PROPERTY
OF THE ESTATE

Gerard Richard Vetter and Kathleen Curran Vetter, by their attorneys, Robert N. Grossbart and Grossbart, Portney & Rosenberg, P.A., hereby move this Court for authority to sell real property known as 3604 Crossland Avenue, Baltimore, MD 21213, (the "subject property"), and as grounds therefor respectfully represent that:

1. On August 27, 2015, the Debtors filed a voluntary petition under 11 U.S.C. Chapter 13 of the Bankruptcy Code, case no. 15-21932.

2. The Debtors own the subject property solely and remain in title of same as stated in Bankruptcy Schedule A which lists said property as having a value of One Hundred Seventy Three Thousand Dollars ($173,000.00).

3. This Court has jurisdiction over this contested matter as a core proceeding pursuant to 28 U.S.C. Sections 133 and 157(b) and 11 U.S.C. Sections 363(f), (b) and (h) and Bankruptcy Rules 6004 and 9014.

4. This Court confirmed the amended plan in this 100% plan case on July 18, 2016. The sale of the subject real property will enhance the Debtors' ability to effectuate a 100% payment to all creditors per the amended plan.

5. The debtors/movants believe that the proposed private sale is in the best interest of the estate

6. The Debtors' schedules reflect a first mortgage/deed of trust against the subject property in favor of US Bank Home Mortgage., recorded among the land records of Baltimore City, Maryland

7. The Debtors' schedules reflect a second mortgage/deed of trust against the subject property in favor of Bank of America, recorded among the land records of Baltimore City, Maryland.

8. The Debtors/Movants propose to sell the subject property to Alexis Gilbert, in an arm's length transaction, for the sum of One Hundred Seventy Two Thousand Five Hundred Dollars ($172,500.00) as reflected in the Contract of Sale, attached to and marked as **Exhibit A.**

9. An estimate of all consideration involved in said sale and the debtors' net proceeds is attached hereto and marked as **Exhibit B**.

10. The Debtors request that the Order approving this sale be final upon entry and a waiver of the fourteen-day stay imposed by Bankruptcy Rule 6004(h).

WHEREFORE, the Debtors/Movants, respectfully request that this Honorable Court:

A. Authorize the sale of the real property known as 3604 Crossland Avenue, Baltimore, MD 21213, Baltimore, MD, upon the terms and conditions specified in the Contract of Sale attached hereto as **Exhibit A**;

B. Authorize the Debtors to pay at closing to US Bank Home Mortgage and Bank of America and the amount of their respective secured claims;

C. Authorize the Debtors to retain the net proceeds of sale, after payment at closing of the aforementioned secured claims and of the costs of the sale;

D. Include in the Order approving the sale a provision in accordance with Bankruptcy Rule 6004(h) holding that the Order approving the sale is final upon entry and not subject to a fourteen-day stay; and

E. Award such other and further relief as is just and proper.

/s/Robert N. Grossbart, Esquire
Robert N. Grossbart, Esquire (04116)
Grossbart, Portney & Rosenberg, P.A.
Blaustein Building, Suite 1214
One North Charles Street
Baltimore, Maryland 21201
(410) 837-0590-T
(410) 837-0085-F
Email: robert@grossbartlaw.com
Attorney for Debtor/Movant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on Thursday, May 10, 2018, a copy of the foregoing Motion, Notice, and Order were mailed first class, postage prepaid (or delivered via CM/ECF), to the Debtor; Office of The U.S. Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770; Timothy Branigan, 9891 Broken Land Parkway, Suite 301, Columbia, MD 21046 21209;Tom Wind, President, US Bank Home Mortgage,800 Nicollet Mall, Minneapolis, MN 55402-7014, by regular and certified mail; US Bank Home Mortgage, 4801 Frederica Street, Owensboro, KY 43201:Brian Thomas Moynihan, President, Bank of America, 100 N. Tyron Street, Charlotte, NC 28255: Bank of America, 1800 Tapo Canyon Road, Simi Valley, CA 93063; Bank of America, N.A., PO Box 940186, Simi Valley, CA 93094;Bankof America, N.A., Bankruptcy Department, PO Box 26012, NC4-105-02-99, Greensboro, NC 27420, Melissa A. Vermillion, Esquire, Prober & Raphael, A Law Corporation, PO Box 4365, Woodland Hills, CA 91365-4365; Cassandra J. Richey, Esquire, Prober & Raphael, A Law Corporation, PO Box 4365, Woodland Hills, CA 91365-4365;  and Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364

/s/Robert N. Grossbart, Esquire
Robert N. Grossbart, Esquire