

**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt)

| | | |
|---|---|---|
| IN RE: | * | |
| GERARD RICHARD VETTER | * | Case No: 15-21932-TJC |
| KATHLEEN CURRAN VETTER | | |
| Debtors | | Chapter 13 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>ORDER ON MOTION AUTHORIZING SALE OF REAL PROPERTY</u>

Upon consideration of the Motion to Sell Real Property of the Estate, and it appearing that it is in the best interest of the estate and the creditors that the real property known as 3604 Crossland Avenue, Baltimore, MD 21213 be sold at a private sale, and other good cause having been shown after notice and without objection, it is by The United State Bankruptcy Court for the District of Maryland;

ORDERED, that the debtors are authorized to sell the property known as 3604 Crossland Avenue, Baltimore, MD 21213 under the terms and conditions set forth in the Contract of Sale that is attached as **Exhibit A** to the Motion and the conditions of this Order; and it is further

ORDERED, that the plan confirmed in this case is not modified by the terms of this Order; and it is further

ORDERED, that all debts secured by the present liens upon the property shall be paid in full at settlement; and it is further

ORDERED, that the debtors may retain the net proceeds of sale, after payment at closing of the aforementioned secured claims and of the costs of the sale; and it is further

ORDERED, that this Order approving the aforementioned sale is final upon entry and not subject to the fourteen-day stay that would otherwise be imposed by Bankruptcy Rule 6004(h).

cc:  Debtors
     Counsel
     U.S. Trustee
     Chapter 13 Trustee
     All Creditors of Record

**END OF ORDER**